

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § | No. 4:18CR 76 |
| MARITZA CLAUDIA FERNANDA LORZA RAMIREZ a.k.a. "Claudia" | § § § | Judge Crone |

### NOTICE OF CASE ASSOCIATION

The United States of America is hereby giving written notice to the Court and the Clerk that this case is related to:

*United States v. Tomas Martinez Minota, et al.*

**Case No. 4:16CR46 – Judge Marcia Crone**

Signed this the 10th day of May, 2018.

Respectfully submitted,

JOSEPH D. BROWN
UNITED STATES ATTORNEY

_____
HEATHER RATTAN
Assistant United States Attorney
Texas Bar No. 16581050
101 E. Park Blvd., Suite 500
Plano, Texas 75074
(972) 509-1201